■ ORIENTAL BOULEVARD COMPANY et al., Respondents-Appellants, v. AUSTIN N. HELLER, as Commissioner of the Department of Air Pollution Control, et al., Appellants-Respondents.— Motion by Citizens For Clean Air, Inc., for leave to file a brief *amicus curiae* on the appeals from order dated February 18, 1969. Motion denied as moot; the appeals are decided herewith (*Oriental Blvd. Co.* v. *Heller,* 34 A D 2d 811). Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.